IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PURNIMA SHRIVASTAVA, | )<br>) |
| Plaintiff, | )<br>) Case No. 2:15-cv-11520 |
| v. | )<br>) Hon. Mark. A. Goldsmith |
| RBS CITIZENS, N.A. and CITIZENS<br>FINANCIAL GROUP, INC.<br>(d/b/a CHARTER ONE BANK), | )<br>)<br>)<br>) |
| Defendants. | ) |

| | |
|---|---|
| FLOOD LAW PLLC<br>Anjali Prasad<br>Attorney for Plaintiff<br>401 North Main Street<br>Royal Oak, Michigan 48067<br>(248) 547-1032<br>Email: aprasad@floodlaw.com | PROSKAUER ROSE LLP<br>Edward C. Young<br>*Attorney for Defendants*<br>Three First National Plaza<br>70 W. Madison, Suite 3800<br>Chicago, Illinois 60602<br>(312) 962-3595<br>eyoung@proskauer.com |

## APPEARANCE OF COUNSEL FOR DEFENDANTS

**TO: CLERK OF THE COURT**
**COUNSEL OF RECORD**

Please enter the Appearance of Edward C. Young of Proskauer Rose LLP as lead counsel for Defendants, Citizens Bank, N.A., improperly named in the Complaint as RBS Citizens N.A., and Citizens Financial Group, Inc. in the above-entitled matter.

Dated: May 27, 2015

Respectfully submitted,

PROSKAUER ROSE LLP

*/s/ Edward C. Young*
Edward C. Young (IL Bar No. 6310543)
Proskauer Rose LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602

Phone: (312) 962-3550
Email: eyoung@proskauer.com

*Lead Counsel for Defendants Citizens Bank, N.A. and Citizens Financial Group, Inc.*

Jason P. Klingensmith (Bar No. P61687)
Frederick R. Dewey (Bar No. P76451)
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Phone: 313-223-3500
Email: jklingensmith@dickinsonwright.com
Email: fdewey@dickinsonwright.com

*Local Counsel for Defendants Citizens Bank, N.A. and Citizens Financial Group, Inc.*

## CERTIFICATE OF SERVICE

I, Edward C. Young, one of the attorneys for Defendants Citizens Bank, N.A. and Citizens Financial Group, Inc., certify that I caused a copy of the attached Notice of Appearance to be served by email via the Court's ECF Filing System on:

Anjali Prasad
Attorney for Plaintiff
Flood Law PLLC
401 North Main Street
Royal Oak, Michigan  48067
Email: aprasad@floodlaw.com

this 27th day of May, 2015.

/s/Edward C. Young

2