UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PURNIMA SHRIVASTAVA

        Plaintiff(s),

v.

RBS CITIZENS, N.A. and CITIZENS FINANCIAL GROUP, INC. (dba CHARTER ONE BANK)

        Defendant(s).
_____ /

Case No. 2:15-cv-11520

Judge Mark A. Goldsmith

Magistrate Judge

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Citizens Financial Group, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: May 27, 2015

/s/ Edward C. Young

IL 6310543
Proskauer Rose LLP
Three First National Plaza
70 W. Madison, Suite 3800
Chicago, IL 60602
(312) 962-3550
eyoung@proskauer.com